## 66333. GREEN v. THE STATE.

BANKE, Judge.

On appeal from the defendant's probation revocation, appointed counsel has filed a motion to withdraw and supporting brief pursuant to *Bethay v. State,* 237 Ga. 625 (229 SE2d 406) (1976). After considering the points raised in the brief and conducting a thorough examination of the record and transcript to determine independently whether there is any ground for reversal, we are in agreement with counsel that there is no arguable merit to the appeal. Therefore, this court grants the motion to withdraw and affirms the revocation of probation. We are satisfied that the evidence adduced at the revocation hearing was sufficient to support revocation of the defendant's probation.

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

DECIDED MAY 16, 1983.

*Robert H. Revell, Jr.,* for appellant.
*Hobart M. Hind, District Attorney,* for appellee.